**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>MATTHEW STEVEN JENSEN,<br><br>   Defendant. | 2:11-CR-0034 JCM (RJJ) |

### ORDER

Presently before the court is the government's motion to reassign. (Doc. #15). The government has represented to the court that the motion is unopposed.

The charge alleged within the criminal indictment in this case stems from defendant's failure to surrender for service of sentence as ordered by the Honorable Roger L. Hunt, Chief United States District Judge, in connection with a revocation proceeding in case number 2:08-cr-0243-RLH-RJJ.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government's motion to reassign (doc. #15) is GRANTED.

IT IS FURTHER ORDERED that case number 2:11-cr-00034-JCM-RJJ is hereby reassigned to Chief Judge Roger L. Hunt.

DATED April 8, 2011.

_____
UNITED STATES DISTRICT JUDGE