UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) vs. ) ) MATTHEW STEVEN JENSEN, ) ) Defendant. ) _____) | Case No. 2:11-cr-0034-RLH-RJJ<br><br>**O R D E R**<br>(Motion to Allow Late Notice–#29) |

The Court having considered Defendant Jensen's Motion to Allow Late Filing of Notice of Appeal (#29, filed September 16, 2011), and good cause appearing because of excusable neglect,

IT IS HEREBY ORDERED that the Motion to Allow Late Filing of Notice of Appeal (#29) is granted.

Dated: September 21, 2011.

_____
**Roger L. Hunt**
**United States District Judge**